**COM.**

v.

**RICKETTS, C.**

**2820 EDA 2016**

Superior Court of Pennsylvania.

05/09/2017

CP–46–CR–0025181–1993
(Montgomery)

Affirmed

**IN the INTEREST OF:**
**A.M.N., a Minor**

**3120 EDA 2016**

Superior Court of Pennsylvania.

05/09/2017

CP–51–AP–0000076–2016, FID# : 51–FN–004353–2013 (Philadelphia)

Affirmed

**DISCOVER BANK**

v.

**ROBERTSON, A.**

**3600 EDA 2016**

Superior Court of Pennsylvania.

Filed 05/09/2017

8343 CV 2014 (Monroe)

Quashed

**COM.**

v.

**BROWN, N.**

**1897 WDA 2014**

Superior Court of Pennsylvania.

05/09/2017

CP–02–CR–0013099–2006

(Allegheny)

Appeal Dismissed

**COM.**

v.

**HERRERA, R.**

**1818 WDA 2015**

Superior Court of Pennsylvania.

05/09/2017

CP–02–CR–0001160–2015

(Allegheny)

Affirmed